1040

[No. 30597-0-III. Division Three. March 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-1-00428-0, Evan E. Sperline, J., entered February 6, 2012. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.